United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-02357-HWV |
| Jennifer Ann Barton-Martin | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 30, 2020 | Form ID: ntfnmg | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Ann Barton-Martin, 501 Black Rock Road, Hanover, PA 17331-9334 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2020              Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeremy John Kobeski | on behalf of Creditor BRANCH BANKING AND TRUST COMPANY pamb@fedphe.com |
| Kristen D Little | on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Larry W. Wolf | on behalf of Debtor 1 Jennifer Ann Barton-Martin ephillips@larrywwolf.com |
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com  pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Thomas Song | on behalf of Creditor BRANCH BANKING AND TRUST COMPANY pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

William B. Callahan     on behalf of Creditor Financial Resources Federal Credit Union bill@billcallahanlaw.com

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jennifer Ann Barton−Martin,    Chapter    7

    **Debtor 1**

Case No.    1:18−bk−02357−HWV

## Notice

**Notice of Requirement to File Certification About a Financial Management Course:**

No discharge can be entered until you file a Certification About a Financial Management Course (Official Form 423). See Fed. R. Bankr. P. 1007. If the Certification is not filed on or before **December 13, 2020**, this case may be closed without a discharge. A Motion to Reopen a closed case to permit the filing of the Certification will require payment of the reopening fee.

Official Form 423 can be accessed at http://www.uscourts.gov/forms/bankruptcy−forms.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaKovach, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 30, 2020 |

ntfnmg(04/18)