United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jennifer Ann Barton-Martin  
    Debtor(s)

Case No. 18-02357-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 23, 2020      Form ID: 318      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Ann Barton-Martin, 501 Black Rock Road, Hanover, PA 17331-9334 |
| cr | + | Financial Resources Federal Credit Union, 520 Route 22 East, Bridgewater, NJ 08807, UNITED STATES 08807-2489 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 5068949 | | BB&T Home Mortgage Payment Center, P O Box 580302, Charlotte, NC 28258-0302 |
| 5080204 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 5068951 | | Federal Loan Servicing Credit, P O Box 60610, Harrisburg, PA 17106-0610 |
| 5068952 | + | Financial Resources FCU, 520 Route 22 E., 1st. floor, Bridgewater, NJ 08807-2489 |
| 5103984 | + | Financial Resources Federal Credit Union, 520 Route 22 East, First Floor, Bridgewater, NJ 08807-2489 |
| 5068953 | + | Gary W. Martin, 2936 Hanover Pike, Hanover, PA 17331-8843 |
| 5068954 | + | Jeff Rice, 267 Dub Church Road, Hanover, PA 17331-8505 |
| 5068956 | | PNC Bank, P O Box 6534, Carol Stream, IL 60197-6534 |
| 5250052 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5250053 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 5313715 | + | Specialized Loan Servicing LLC, c/o Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 5135256 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5068948 | | Email/Text: bankruptcy@bbandt.com | Dec 23 2020 19:24:00 | BB&T Bank, 200 West Second Street, Winston Salem, NC 27101 |
| 5070205 | | Email/Text: bankruptcy@bbandt.com | Dec 23 2020 19:24:00 | BB&T Bankruptcy, PO Box 1847, Wilson NC 27894 |
| 5068950 | | EDI: CAPITALONE.COM | Dec 24 2020 00:03:00 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 5089509 | | EDI: CAPITALONE.COM | Dec 24 2020 00:03:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5093813 | | EDI: BL-BECKET.COM | Dec 24 2020 00:13:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5068955 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 23 2020 19:24:00 | Kohl's, P O Box 3115, Milwaukee, WI 53201-3115 |
| 5069322 | + | EDI: PRA.COM | Dec 24 2020 00:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5083006 | | EDI: NEXTEL.COM | Dec 24 2020 00:13:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5068957 | | EDI: RMSC.COM | Dec 24 2020 00:03:00 | Syncb/Amazon PLCC, P O Box 965036, Orlando, FL 32896-5036 |

| Recip ID | Bypass Reason | | | Recipient |
|---|---|---|---|---|
| 5068958 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 23 2020 19:25:00 | Transworld System, P O Box 15273, Wilmington, DE 19850-5273 |
| 5093111 | | EDI: AIS.COM | Dec 24 2020 00:13:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5068959 | | EDI: VERIZONCOMB.COM | Dec 24 2020 00:03:00 | Verizon Wireless, P O Box 650051, Dallas, TX 75265-0051 |
| 5094531 | | EDI: ECAST.COM | Dec 24 2020 00:03:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5250054 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5250055 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeremy John Kobeski | on behalf of Creditor BRANCH BANKING AND TRUST COMPANY pamb@fedphe.com |
| Kristen D Little | on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com klittle@logs.com;logsecf@logs.com |
| Larry W. Wolf | on behalf of Debtor 1 Jennifer Ann Barton-Martin ephillips@larrywwolf.com |
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor BRANCH BANKING AND TRUST COMPANY pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William B. Callahan | |

on behalf of Creditor Financial Resources Federal Credit Union bill@billcallahanlaw.com

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jennifer Ann Barton-Martin<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx-xx-9723<br>EIN __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-02357-HWV | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jennifer Ann Barton-Martin

12/23/20

**By the court:** *Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318  **Order of Discharge**  page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**