United States Bankruptcy Court

Middle District of Pennsylvania

In re:　Case No. 18-02357-HWV

Jennifer Ann Barton-Martin　Chapter 7

　Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1　User: admin　Page 1 of 2
Date Rcvd: Dec 24, 2020　Form ID: fnldecac　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　Definition**
+　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Ann Barton-Martin, 501 Black Rock Road, Hanover, PA 17331-9334 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2020　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeremy John Kobeski | on behalf of Creditor BRANCH BANKING AND TRUST COMPANY pamb@fedphe.com |
| Kristen D Little | on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Larry W. Wolf | on behalf of Debtor 1 Jennifer Ann Barton-Martin ephillips@larrywwolf.com |
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com  pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor BRANCH BANKING AND TRUST COMPANY pamb@fedphe.com |

| | | |
|---|---|---|
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |
| William B. Callahan | on behalf of Creditor Financial Resources Federal Credit Union bill@billcallahanlaw.com | |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jennifer Ann Barton−Martin, | Chapter 7 |
| **Debtor 1** | Case No. 1:18−bk−02357−HWV |

Social Security No.:
xxx−xx−9723

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence V. Young (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: December 23, 2020

BY THE COURT
By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)